Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Samuel A. Micon (State Bar No. 322432)
smicon@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104.1500
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BENILDA STEWART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and CITIMORTGAGE, INC.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-02266-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>[PROPOSED] **ORDER GRANTING STIPULATION:**<br><br>**(1) FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; AND**<br><br>**(2) TO CONTINUE CASE MANAGEMENT CONFERENCE SET ON JULY 7, 2020**<br><br>Complaint filed:  April 3, 2020<br>Amended Complaint filed:  June 11, 2020<br>Current response date:  July 6, 2020<br>Proposed new response date: July 27, 2020 |

Having considered the Parties' Stipulation, and good cause appearing therefor, it is hereby ORDERED as follows:

1. The time for Experian Information Solutions, Inc. to answer, object, or otherwise respond to Plaintiff's First Amended Complaint is continued, up through and including **July 27, 2020**; and

2. The Case Management Conference is continued to _____ August 11**, 2020, at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: _____6/25/2020_____

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge