1  Elliot Gale (State Bar No. 263326)
   egale@gajplaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@gajplaw.com
3  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
4  Roseville, California 95747
   Telephone: 916-290-7778
5  Facsimile: 916-721-2767
6
   Attorneys for Plaintiff
7  Benilda Stewart

8

9                    **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

11

12 | Benilda Stewart,                               ) CASE NO. 4:20-cv-02266-HSG
   |             Plaintiff,                        )
13 |                                               ) **STIPULATION AND**
   |     vs.                                       ) **[PROPOSED] ORDER OF**
14 |                                               ) **DISMISSAL WITH PREJUDICE**
   | Experian Information Solutions, Inc., et. al. ) **BETWEEN PLAINTIFF AND**
15 |                                               ) **DEFENDANT CITIMORTGAGE,**
   |             Defendants.                       ) **INC.**
16 |                                               )
   |                                               )
17 |                                               )
   |                                               )
18

19     Plaintiff Benilda Stewart ("Plaintiff"), by counsel, and Defendant CitiMortgage, Inc. by
20 counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure
21 41(a)(1)(A)(ii) all matters herein between them have been resolved, and that Plaintiff's cause
22 against CitiMortgage, Inc. should be dismissed, with prejudice, with each party to bear its own
23 costs and attorneys' fees.
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT CITIMORTGAGE, INC. – 4:20-CV-02266-HSG**

Page 1 of 2

|   |   |
|---|---|
| | Respectfully submitted, |
| Date:  July 23, 2020 | /s/ Joe Angelo |
| | Joe Angelo |
| | Gale, Angelo, Johnson, & Pruett, P.C. |
| | *Counsel for Plaintiff Benilda Stewart* |
| Date: July 23, 2020 | /s/ Alexandra Whitworth |
| | Alexandra Whitworth |
| | Bryan Cave Leighton Paisner, LLP |
| | *Counsel for Defendant CitiMortgage, Inc.* |

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Alexandra Whitworth.
/s/ Joe Angelo

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant CitiMortgage, Inc. is dismissed with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: _____7/24/2020_____

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT CITIMORTGAGE, INC. – 4:20-CV-02266-HSG**

Page 2 of 2