Elliot Gale (Bar No. 263326)
egale@gajplaw.com
Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Benilda Stewart

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| Benilda Stewart,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Experian Information Solutions, Inc., et. al.<br><br>　　　　　Defendants. | CASE NO. 4:20-cv-02266-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION LLC** |

Plaintiff Benilda Stewart ("Plaintiff"), by counsel, and Defendant TransUnion, LLC by counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all matters herein between them have been resolved, and that Plaintiff's cause against TransUnion, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION, LLC – 4:20-CV-02266-HSG**

Respectfully submitted,

Date:  October 27, 2020         /s/ Joe Angelo
                                Joe Angelo
                                Gale, Angelo, Johnson, & Pruett, P.C.
                                *Counsel for Plaintiff Benilda Stewart*

Date: October 27, 2020          /s/ William M. Huse
                                William M. Huse
                                Schuckit & Associates, P.C.
                                *Counsel for Defendant TransUnion, LLC*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from William M. Huse.
/s/ Joe Angelo

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant TransUnion, LLC is dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date:  10/28/2020

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION, LLC – 4:20-CV-02266-HSG**