Elliot Gale (Bar No. 263326)
egale@gajplaw.com
Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Benilda Stewart

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| Benilda Stewart,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Experian Information Solutions, Inc., et. al.<br><br>　　　　　Defendants. | CASE NO. 4:20-cv-02266-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|

　　　　Plaintiff Benilda Stewart ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. by counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(2) all matters herein between them have been resolved, and that Plaintiff's cause against Experian Information Solutions, Inc. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. – 4:20-CV-02266-HSG**

Page 1 of 2

Respectfully submitted,

Date:  February 18, 2021  /s/ Joe Angelo
Joe Angelo
Gale, Angelo, Johnson, & Pruett, P.C.
*Counsel for Plaintiff Benilda Stewart*

Date: February 18, 2021  /s/ Jennifer Sun
Jennifer Sun
Jones Day
*Counsel for Defendant Experian Information Solutions, Inc.*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Jennifer Sun.
/s/ Joe Angelo

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. is dismissed with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date:  2/19/2021
Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. – 4:20-CV-02266-HSG**